

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO** | **LAW DEPARTMENT** | **MORGAN D. KUNZ** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Senior Counsel*<br>Telephone: (212) 788-0422<br>Fax: (212) 788-9776<br>mkunz@law.nyc.gov |

June 6, 2012

**BY E.C.F.**

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re: <u>Marcus Baca v. City of New York, et al.</u>
         09 CV 3689 (JMA)

Your Honor:

   I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys for defendants in this matter.  Defendants write to inform the Court that the parties have reached a settlement in principle in this matter.  Defendants will forward the settlement paperwork to Plaintiff's counsel tomorrow, and will file the stipulation of settlement and discontinuance with the Court as soon as it is obtained.

   Defendants thank the Court for its time and consideration in this matter.

                 Respectfully submitted,

                 /s/

                 Morgan D. Kunz
                 Senior Counsel
                 Special Federal Litigation Division

Encl.

cc: Charles Phillip Blattberg, Esq. (E.C.F.)
   Mallilo & Grossman
   *Attorney for Plaintiff*
   163-09 Northern Blvd
   Flushing, NY  11385